■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE WARD, Appellant. [649 NYS2d 865] —Judgment unanimously affirmed. Memorandum: We conclude that defendant's conviction is based on legally sufficient evidence and is not against the weight of the evidence (see, People v Bleakley, 69 NY2d 490, 495). We further conclude that Supreme Court properly exercised its discretion in sentencing defendant as a persistent felony offender based on his two predicate felony convictions and his lengthy criminal record, which includes a number of violent offenses (see, CPL 400.20; Penal Law § 70.10 [1]; People v Treadwell, 206 AD2d 861, 862, lv denied 84 NY2d 1040; People v James, 194 AD2d 692, 693, lv denied 82 NY2d 720; People v Drummond, 104 AD2d 825).

We have reviewed defendant's remaining contentions and

conclude that they are without merit. (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Rape, 1st Degree.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.